Anna Lenahan, an Infant, etc., v. The City of New York.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.